UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

    - v. -

EUGENE RONALD DIMMIE

                              Defendant.
-------------------------------------------------------------x

**ORDER**

No. 23-CR-51 (CS)

Seibel, J.

       This Order memorializes my August 23, 2023 ruling as to Defendant Dimmie's bail conditions. Defendant Dimmie shall comply with the following curfew condition commencing today, August 23, 2023, until his next court appearance (October 16, 2023 at 10:00 am or such other date as may be set by the Court):

       You shall wear an electronic monitor (technology at the discretion of the Probation Officer), and shall be restricted to your residence at all times except for employment; education; religious services; medical, substance use disorder, or mental health treatment; attorney visits; Court appearances; Court-ordered obligations; or other activities as preapproved by your Probation Officer. If any employment; education; religious services; medical, substance use disorder, or mental health treatment; or attorney visits are scheduled during weekends or evenings, you may not attend unless given permission by your Probation Officer, as you are restricted to your residence on weekends and evenings, except your Probation Officer may allow a window for errands during the day on Saturday. The start and end times of the curfew will be determined by the Probation Officer. You must pay all or part of the costs of participation in the location monitoring program as directed by the Court and his probation officer.

**SO ORDERED.**

Dated: August 23, 2023
      White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.