# Green & Willstatter

ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: WILLSTATTER@MSN.COM

June 5, 2026

Hon. Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

*Mr. Willstatter is hereby reappointed under CJA to represent Mr. Dimmie in connection with the upcoming conference and possible VOSR. The Clerk shall send a copy of this endorsement to Mr. Dimmie.*

SO ORDERED.

*Cathy Seibel*

06/05/26

CATHY SEIBEL, U.S.D.J.

Re: United States v. Eugene Dimmie
7:23-CR-00051 (CS)

Dear Judge Seibel:

This is an application to be reappointed to assist Mr. Dimmie in this case.

I was previously appointed to represent Mr. Dimmie on a violation of supervised release. On February 1, 2024, the Court filed an Amended Judgment after sentencing him to serve six months in jail to be followed by three and a half years of supervision.

USPO Julia Beltre asked Mr. Dimmie to file a detailed financial disclosure form and Mr. Dimmie has asked for my assistance in that regard. He was sentenced on the underlying criminal case to pay restitution. Officer Beltre explained that the Court has directed Mr. Dimmie to appear on June 26, 2026 at 3:00 p.m. for a status conference. Although a VOSR has not been filed, I believe Mr. Dimmie should have the assistance of counsel.

Very truly yours,

/s/ Richard D. Willstatter
RICHARD D. WILLSTATTER